No. 71–631.   CURTIS, U. S. DISTRICT JUDGE, ET AL. *v.* MUNOZ ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 71–633.   CITY MESSENGER SERVICE OF HOLLYWOOD, INC., DBA CITY MESSENGER AIR EXPRESS AND/OR C. M. A. X. *v.* CAPITOL RECORDS DISTRIBUTING CORP. C. A. 6th Cir.   Certiorari denied.

No. 71–634.   DOBBS *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 71–635.   STEAD *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 10th Cir.   Certiorari denied.

No. 71–636.   COMPANIA ANONIMA VENEZOLANA DE NAVEGACION (VENEZUELAN LINE) *v.* WESTINGHOUSE ELECTRIC INTERNATIONAL CO.   C. A. 2d Cir.   Certiorari denied.

No. 71–638.   WASHINGTON TRUST BANK, TRUSTEE, ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–639.   WATSON CHAPEL SCHOOL DISTRICT No. 24 ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–643.   ROSS ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–644.   SANTOBELLO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–645.   SMITH ET AL. *v.* SCRIVNER-BOOGAART, INC.   C. A. 10th Cir.   Certiorari denied.

No. 71–646.   SYSTEM COUNCIL T–4 *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.